IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DANIELLE GREEAR, ) | |
| ) | |
| Plaintiff, ) | Civil No. 05-1663 ST |
| ) | |
| v. ) | ORDER OF DISMISSAL |
| ) | |
| DANIEL SEALY, an individual and ) | |
| CITY OF SEASIDE, a municipal ) | |
| corporation, ) | |
| ) | |
| Defendants. ) | |

　　Based on the record, it is Ordered that the Defendant's motion to Dismiss for failure to appear at her deposition, #29, is granted and this action is dismissed without prejudice with no costs to any party. Any pending motions are denied as moot.

　　Dated this 14th  day of July, 2006.


　　　　　　　　　　　　　　　　　　　　/s/ Garr M. King
　　　　　　　　　　　　　　　　　　　GARR M. KING
　　　　　　　　　　　　　　　　United States District Judge


Page 1 - ORDER OF DISMISSAL