IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| DANIELLE GREEAR, ) | |
| ) | |
| Plaintiff, ) | Civil No. 05-1663 ST |
| ) | |
| v. ) | ORDER OF DISMISSAL |
| ) | |
| DANIEL SEALY, an individual and ) | |
| CITY OF SEASIDE, a municipal ) | |
| corporation, ) | |
| ) | |
| Defendants. ) | |

    Based on the record, it is Ordered that the Defendant Sealy's motion to Dismiss, #34, is granted and this action is dismissed without prejudice with no costs to any party. Any pending motions are denied as moot.

    Dated this  21st  day of July, 2006.


                                                           /s/ Garr M. King
                                                           GARR M. KING
                                      United States District Judge


Page 1 - ORDER OF DISMISSAL